# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Information associated with Skype account ) Case No. 1:24-mj -251-01-AJ
live:newenglandpuppy2 that is stored at premises controlled )
by Microsoft, a company that accepts service of process in )
Redmond, Washington.

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Western___ District of ___Washington___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251 | Production of child pornography |
| 18 USC 2252A(a)(1) & (2) | Transportation/distribution/receipt of child pornography |
| 18 USC 2252A(a)(5)(B) | Possession/access with intent to view child pornography |

The application is based on these facts:
See affidavit of SA Derek Dunn, attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Derek Dunn
*Applicant's signature*

SA Derek Dunn, Homeland Security Investigations
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___email, telephone___ *(specify reliable electronic means)*

*Andrea K. Johnstone*

Date: 09/30/2024
*Judge's signature*

City and state: Concord, NH    Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

[Print] [Save As...] [Attach] [Reset]